UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 2:08-cr-00013 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| | ) | |
| JIMMY CLINTON SMITH | ) | |

### ORDER

Before the Court is a Defendant Jimmy Clinton Smith's motion to ascertain status (Docket Entry No. 649), which is **GRANTED**. The Government's motion to dismiss the indictment against Defendant Jimmy Clinton Smith (Docket Entry No. 631) is **GRANTED**. Defendant Jimmy Smith's motion for a bill of particulars (Docket Entry No. 577) is **DENIED AS MOOT**. Defendant Smith's motion to exclude counsel from status conference (Docket Entry No. 632) is also **DENIED AS MOOT**.

It is so **ORDERED**.

ENTERED on this the 13th day September, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge

1